UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAHKEEM MOYE, B.B., a minor by BUTCH
MURRAY, his grandfather, KHEVIN BEAUBRUN,
and DESMOND DENT, JR.,
               Plaintiffs,

                                         **NOTICE OF APPEAL**

   -against-                               2:21-cv-04329-GRB-SIL

LONGWOOD CENTRAL SCHOOL DISTRICT,
SCOTT REESE, and EDWARD HEINRICHS,
               Defendants.

------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that JAHKEEM MOYE, B.B., a minor by BUTCH MURRAY, his grandfather, KHEVIN BEAUBRUN, and DESMOND DENT, JR., hereby appeal to the United States Court of Appeals, for the Second Circuit, from an Order issued by Hon. Gary R. Brown of the United States District Court Eastern District of New York, dated September 4, 2025, and from each and every part thereof.

Dated: September 23, 2025
       Miller Place, New York

                                                             _____
                                                              John Ray, Esq.
                                                              John Ray & Associates
                                                              *Attorney for Plaintiffs*
                                                              122 N. Country Road,
                                                              Miller Place, NY 11764
                                                             info@johnraylaw.com
                                                             (631) 473-1000

TO:    Clerk of the Court                                Steven C. Stern
        1 Court Street                                      Sokoloff Stern LLP
        Riverhead, NY 11901                      179 Westbury Ave
                                                           Carle Place, NY 11514
        Chelsea Ella Weisbord                    516-344-4500
        Sokoloff Stern LLP                               sstern@sokoloffstern.com
        179 Westbury Avenue
        Carle Place, NY 11514
        cweisbord@sokoloffstern.com

Kenneth E. Pitcoff
Morris, Duffy, Alonso & Faley
2 Rector Street
New York, NY 10006
212-766-1888
kpitcoff@mdafny.com

Lauren Casparie
Morris Duffy Alonso Faley & Pitcoff
101 Greenwich Street
Ste 22nd Floor
New York, NY 10006
lcasparie@mdafny.com

Cristina A Soller
Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wo
3 Dakota Drive
Suite 300
Lake Success, NY 11042
646-293-9156
csoller@mdafny.com

Rebecca June Rosedale
Morris Duffy Alonso & Faley
2 Rector Street
22nd Floor
New York, NY 10006
212-766-1888
rrosedale@mdafny.com

APPEAL,ACO,MEDSNR

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:21–cv–04329–GRB–SIL

Moye et al v. Longwood Central School District et al  
Assigned to: Judge Gary R. Brown  
Referred to: Magistrate Judge Steven I. Locke  
Cause: 42:1983 Civil Rights Act

Date Filed: 08/02/2021  
Date Terminated: 09/05/2025  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Mediator**

**Joseph Ortego**

**Plaintiff**

**Jahkeem Moye**     represented by     **John W. Ray**  
John Ray & Associates  
122 North Country Road  
P.O. Box 5440  
Miller Place, NY 11764  
631–473–1000  
Fax: 631–928–5385  
Email: info@johnraylaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khevin Beaubrun**     represented by     **John W. Ray**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desmond Dent , Jr.**     represented by     **John W. Ray**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.B.**  
*a minor by Butch Murray, his grandfather*

represented by **John W. Ray**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Longwood Central School District**     represented by     **Steven C. Stern**  
Sokoloff Stern LLP  
179 Westbury Avenue  
Carle Place, NY 11514  
(516)334–4500  
Fax: (516)334–4501  
Email: sstern@sokoloffstern.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Chelsea Ella Weisbord**  
Sokoloff Stern LLP  
179 Westbury Avenue  
Carle Place, NY 11514  
(516)334–4500  
Fax: (516)334–4501  
Email: cweisbord@sokoloffstern.com

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Cooper Binsky**<br>Jackson Lewis P.C.<br>666 Third Avenue<br>Ste 29th Floor<br>New York, NY 10017<br>212–545–4000<br>Email: Cooper.Binsky@jacksonlewis.com<br>*TERMINATED: 11/19/2021* |

**Defendant**

**Superintendent Michael R. Lonergan**
*TERMINATED: 06/03/2022*

**Defendant**

| | | |
|---|---|---|
| **Scott Schuster**<br>*TERMINATED: 02/17/2022* | represented by | **Steven C. Stern**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Chelsea Ella Weisbord**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Cooper Binsky**<br>(See above for address)<br>*TERMINATED: 11/19/2021* |

**Defendant**

| | | |
|---|---|---|
| **Scott Reese** | represented by | **Steven C. Stern**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Chelsea Ella Weisbord**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Cooper Binsky**<br>(See above for address)<br>*TERMINATED: 11/19/2021* |

**Defendant**

| | | |
|---|---|---|
| **Edward Heinrichs** | represented by | **Kenneth E. Pitcoff**<br>Morris, Duffy, Alonso & Faley<br>2 Rector Street<br>New York, NY 10006<br>212–766–1888<br>Fax: 212–766–3252<br>Email: kpitcoff@mdafny.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Cristina A Soller**<br>Abrams, Fensterman, Fensterman, Eisman,<br>Formato, Ferrara, Wo<br>3 Dakota Drive<br>Suite 300<br>Lake Success, NY 11042<br>646–293–9156<br>Fax: 212–766–3252 |

        Email: csoller@mdafny.com
        *ATTORNEY TO BE NOTICED*

        **Lauren Casparie**
        Morris Duffy Alonso Faley & Pitcoff
        101 Greenwich Street
        Ste 22nd Floor
        New York, NY 10006
        212–766–1888
        Email: lcasparie@mdafny.com
        *ATTORNEY TO BE NOTICED*

        **Rebecca June Rosedale**
        Morris Duffy Alonso & Faley
        2 Rector Street
        22nd Floor
        New York, NY 10006
        212–766–1888
        Fax: 212–766–3252
        Email: rrosedale@mdafny.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Ian Dowd**
*TERMINATED: 06/03/2022*

represented by **Steven C. Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chelsea Ella Weisbord**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cooper Binsky**
(See above for address)
*TERMINATED: 11/19/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2021 | 1 | COMPLAINT against All Defendants filing fee $402, receipt number ANYEDC–14714578, Was the Disclosure Statement on Civil Cover Sheet completed –No, filed by Jahkeem Moye, B.B, Khevin Beaubrun, Desmond Dent, Jr. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Ray, John) Modified on 8/3/2021 (Rodin, Deanna). (Entered: 08/02/2021) |
| 08/03/2021 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Additional attachment(s) added on 8/3/2021: # 1 Additional Corrections) (Rodin, Deanna). (Entered: 08/03/2021) |
| 08/03/2021 |  | Your proposed summons was not issued for one the following reason: **No name and address in the Plaintiff's attorney name and address section.**<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (Rodin, Deanna) (Entered: 08/03/2021) |
| 08/03/2021 |  | Case Assigned to Judge Gary R. Brown and Magistrate Judge Steven I. Locke. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Rodin, Deanna) (Entered: 08/03/2021) |
| 08/03/2021 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a |

| | | |
|---|---|---|
| | | blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Rodin, Deanna) (Entered: 08/03/2021) |
| 08/03/2021 | 4 | Proposed Summons.Civil Cover Sheet.. by Jahkeem Moye (Ray, John) (Entered: 08/03/2021) |
| 08/04/2021 | 5 | Summons Issued as to Ian Dowd, Edward Heinrichs, Michael R. Lonergan, Longwood Central School District, Scott Reese, Scott Schuster. (Tirado, Chelsea) (Entered: 08/04/2021) |
| 08/18/2021 | 6 | AFFIDAVIT/AFFIRMATION *of Service on Longwood Central School District* by Jahkeem Moye (Ray, John) (Entered: 08/18/2021) |
| 08/18/2021 | 7 | AFFIDAVIT/AFFIRMATION *of Service on Ian Dowd* by Jahkeem Moye (Ray, John) (Entered: 08/18/2021) |
| 08/18/2021 | 8 | AFFIDAVIT/AFFIRMATION *of Service on Edward Heinrichs* by Jahkeem Moye (Ray, John) (Entered: 08/18/2021) |
| 08/18/2021 | 9 | AFFIDAVIT/AFFIRMATION *of Service on Scott Reese* by Jahkeem Moye (Ray, John) (Entered: 08/18/2021) |
| 08/18/2021 | 10 | AFFIDAVIT/AFFIRMATION *of Service on Scott Schuster* by Jahkeem Moye (Ray, John) (Entered: 08/18/2021) |
| 08/18/2021 | 11 | AFFIDAVIT/AFFIRMATION *of Service on Superintendent Michael R. Lonergan* by Jahkeem Moye (Ray, John) (Entered: 08/18/2021) |
| 08/26/2021 | 12 | NOTICE of Appearance by Steven C. Stern on behalf of Ian Dowd, Longwood Central School District, Scott Reese, Scott Schuster (aty to be noticed) (Stern, Steven) (Entered: 08/26/2021) |
| 08/26/2021 | 13 | NOTICE of Appearance by Cooper Binsky on behalf of Ian Dowd, Longwood Central School District, Scott Reese, Scott Schuster (aty to be noticed) (Binsky, Cooper) (Entered: 08/26/2021) |
| 08/30/2021 | 14 | Letter MOTION for Extension of Time to File Answer re 1 Complaint, by Ian Dowd, Longwood Central School District, Scott Reese, Scott Schuster. (Stern, Steven) (Entered: 08/30/2021) |
| 08/31/2021 | | Electronic ORDER granting DE 14 , Motion for Extension of Time to Answer. On consent, the deadline for Defendants to answer or otherwise respond to the Complaint is extended to and including 10/1/2021. Ordered by Magistrate Judge Steven I. Locke on 8/31/2021. (Reilly, Megan) (Entered: 08/31/2021) |
| 09/22/2021 | 15 | Letter MOTION for Leave to File Excess Pages *re: pre−motion letter in anticipation of filing a partial motion to dismiss the complaint* by Ian Dowd, Longwood Central School District, Scott Reese, Scott Schuster. (Stern, Steven) (Entered: 09/22/2021) |
| 09/28/2021 | | ORDER granting 15 Motion for Leave to File Excess Pages. The defendants are permitted to submit a three−page letter requesting a pre−motion conference. Ordered by Judge Gary R. Brown on 9/28/2021. (Tahbaz, Joseph) (Entered: 09/28/2021) |
| 10/01/2021 | 16 | Letter MOTION for pre motion conference *in anticipation of moving to dismiss several claims asserted in the complaint, under Fed. R. Civ. P. 12(b)(1) and (6)* by Ian Dowd, Longwood Central School District, Scott Reese, Scott Schuster. (Stern, Steven) (Entered: 10/01/2021) |
| 10/01/2021 | 17 | NOTICE of Appearance by Cristina A Soller on behalf of Edward Heinrichs (aty to be noticed) (Soller, Cristina) (Entered: 10/01/2021) |
| 10/01/2021 | 18 | Letter MOTION for pre motion conference by Edward Heinrichs. (Soller, Cristina) (Entered: 10/01/2021) |

| | | |
|---|---|---|
| 10/03/2021 | | ORDER granting 16 and 18 Motion for Pre Motion Conference.<br><br>A telephone pre−motion conference is scheduled for November 4, 2021 at 10:00 a.m. before Judge Gary R. Brown at which time the parties should be prepared to address defendants' anticipated motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure, DE 16, 18. The parties shall call (888) 363−4734, using ACCESS CODE 4132441, five minutes before the conference.The parties are on notice that in appropriate cases, the pre−motion letter and the response, along with the parties' arguments made at the pre−motion conference, may be construed at the discretion of the Court as the motion itself. Arguments not raised in the pre−motion letters or during the pre−motion conference shall be deemed waived. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011).<br><br>At the conference, the Court will issue a briefing schedule if necessary. Plaintiff is directed to respond to DE 16 and 18 in accordance with the undersigned's individual rules by October 19, 2021. Before requesting an adjournment, the parties shall meet and confer and submit a joint letter with several proposed dates. The parties and other attendees to the conference are also reminded that the recording of any proceeding of the Court, including this conference, is prohibited under Local Rule 1.8. Ordered by Judge Gary R. Brown on 10/3/2021. c/ecf (Tahbaz, Joseph) (Entered: 10/03/2021) |
| 10/13/2021 | 19 | NOTICE of Appearance by Kenneth E. Pitcoff on behalf of Edward Heinrichs (aty to be noticed) (Pitcoff, Kenneth) (Entered: 10/13/2021) |
| 10/19/2021 | 20 | Letter *Requesting Adjournment to Submit Response to DE 16 & 18* by Jahkeem Moye (Ray, John) (Entered: 10/19/2021) |
| 10/20/2021 | | ORDER granting Adjournment to Submit Response to DEs 16 and 18. Plaintiff is directed to respond to DEs 16 and 18 in accordance with the undersigned's individual rules by November 2, 2021. Ordered by Judge Gary R. Brown on 10/20/2021. c/ecf (Tahbaz, Joseph) (Entered: 10/20/2021) |
| 11/01/2021 | 21 | Letter *to Hon. Brown Requesting an Adjournment to Submit DE 16 & 18 and Adjournment of 11−2−21 Conference* by Jahkeem Moye (Ray, John) (Entered: 11/01/2021) |
| 11/02/2021 | | ORDER re 21 . Upon consent of the parties, the pre−motion conference scheduled for November 4, 2021 is hereby ADJOURNED to November 18, 2021 at 1:30 PM. Plaintiff's counsel is directed to submit a response to DEs 16 and 18 on or before November 9, 2021. Ordered by Judge Gary R. Brown on 11/2/2021. c/ecf (Tahbaz, Joseph) (Entered: 11/02/2021) |
| 11/08/2021 | 22 | Letter MOTION for Leave to File Excess Pages *for DE 16 & 18 Response* by Jahkeem Moye. (Ray, John) (Entered: 11/08/2021) |
| 11/09/2021 | | ORDER granting 22 Motion for Leave to File Excess Pages. Plaintiffs' counsel is directed to file a response to Defendants' pre−motion conference letters of no longer than three pages. Ordered by Judge Gary R. Brown on 11/9/2021. c/ecf (Tahbaz, Joseph) (Entered: 11/09/2021) |
| 11/09/2021 | 23 | NOTICE of Appearance by Chelsea Ella Weisbord on behalf of Ian Dowd, Longwood Central School District, Scott Reese, Scott Schuster (aty to be noticed) (Weisbord, Chelsea) (Entered: 11/09/2021) |
| 11/09/2021 | 24 | RESPONSE to Motion re 16 Letter MOTION for pre motion conference *in anticipation of moving to dismiss several claims asserted in the complaint, under Fed. R. Civ. P. 12(b)(1) and (6)*, 18 Letter MOTION for pre motion conference filed by Jahkeem Moye. (Ray, John) (Entered: 11/09/2021) |
| 11/09/2021 | 25 | NOTICE of Appearance by Chelsea Ella Weisbord on behalf of Ian Dowd, Longwood Central School District, Scott Reese, Scott Schuster (notification declined or already on case) (Weisbord, Chelsea) (Entered: 11/09/2021) |
| 11/17/2021 | 26 | Letter MOTION to Adjourn Conference *Scheduled for November 18, 2021* by Jahkeem Moye. (Ray, John) (Entered: 11/17/2021) |
| 11/18/2021 | | ORDER granting 26 Motion to Adjourn Conference. Application granted, on consent. The pre−motion conference scheduled for November 18, 2021 at 1:30 p.m. is hereby |

| | | |
|---|---|---|
| | | ADJOURNED to February 16, 2022 at 11:00 a.m. Ordered by Judge Gary R. Brown on 11/18/2021. c/ecf (Cowan, Timothy) (Entered: 11/18/2021) |
| 11/18/2021 | 27 | Letter MOTION *re− attorney withdrawal* by Ian Dowd, Longwood Central School District, Scott Reese, Scott Schuster (Stern, Steven) Modified docket entry from letter to motion as per SIL chambers request on 11/19/2021 (Tirado, Chelsea). (Entered: 11/18/2021) |
| 11/19/2021 | | Electronic ORDER granting DE 27 Letter Motion re Attorney Withdrawal. Attorney Cooper Binsky is hereby terminated, and the Clerk of the Court is respectfully directed to remove Cooper Binsky from future ECF notifications. Ordered by Magistrate Judge Steven I. Locke on 11/19/2021. (Pincsak, Lydia) (Entered: 11/19/2021) |
| 01/06/2022 | | SCHEDULING ORDER: Due to a change in the Court's calendar the pre−motion telephone conference scheduled for February 16, 2022 before Judge Gary R. Brown, is hereby ADVANCED to January 13, 2022 at 11:00 AM. The parties should be prepared to address defendants' anticipated motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure, DE 16, 18. The parties shall call (888) 363−4734, using ACCESS CODE 4132441, five minutes before the conference.<br><br>The parties are on notice that in appropriate cases, the pre−motion letter and the response, along with the parties' arguments made at the pre−motion conference, may be construed at the discretion of the Court as the motion itself. Arguments not raised in the pre−motion letters or during the pre−motion conference shall be deemed waived. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011). The parties and other attendees to the conference are also reminded that the recording of any proceeding of the Court, including this conference, is prohibited under Local Rule 1.8. Ordered by Judge Gary R. Brown on 1/6/2022. c/ecf (Cowan, Timothy) (Entered: 01/06/2022) |
| 01/06/2022 | 28 | Letter MOTION to Adjourn Conference *on January 13 from 11:00 a.m. to 11:30 a.m.* by Jahkeem Moye. (Ray, John) (Entered: 01/06/2022) |
| 01/07/2022 | | ORDER granting 28 Motion to Adjourn Conference. The January 13, 2022 pre−motion telephone conference is hereby rescheduled to 11:30 AM. See Electronic Order dated 01/06/2022. Ordered by Judge Gary R. Brown on 1/7/2022. c/ecf (Tahbaz, Joseph) (Entered: 01/07/2022) |
| 01/13/2022 | | ORDER : Due to a conflict in the court's calendar today's pre−motion conference is adjourned to 1/14/2022 at 11:00 a.m.. The parties will call 888−363−4734 using Access code 4132441 at least 5 minutes prior to the conference. Please note any number of counsel may appear during the telephone conference, however only one attorney per party may be designated to speak during the conference.Ordered by Judge Gary R. Brown on 1/13/2022. (McMorrow, Karen) (Entered: 01/13/2022) |
| 01/14/2022 | | ORDER: The court is unable to conduct the telephone pre−motion conference today. The telephone conference is rescheduled for 1/20/2022 at 11:00 a.m.. Ordered by Judge Gary R. Brown on 1/14/2022. (McMorrow, Karen) (Entered: 01/14/2022) |
| 02/02/2022 | 29 | Letter MOTION for pre motion conference re 16 Letter MOTION for pre motion conference *in anticipation of moving to dismiss several claims asserted in the complaint, under Fed. R. Civ. P. 12(b)(1) and (6)*, 18 Letter MOTION for pre motion conference *Response to Pre Motion Conference* by Jahkeem Moye. (Ray, John) (Entered: 02/02/2022) |
| 02/03/2022 | 30 | Letter *re − Dowd service issue* by Longwood Central School District, Scott Reese, Scott Schuster (Stern, Steven) (Entered: 02/03/2022) |
| 02/03/2022 | | ORDER re 29 : Plaintiffs are directed to file an amended complaint within 14 days that comports with the Court's rulings in the pre−motion conference as well as counsel's representation in its letter, DE 29 . Ordered by Judge Gary R. Brown on 2/3/2022. c/ecf (Cowan, Timothy) (Entered: 02/03/2022) |
| 02/17/2022 | 31 | AMENDED COMPLAINT against All Defendants, filed by Jahkeem Moye. (Ray, John) (Entered: 02/17/2022) |
| 03/02/2022 | 32 | Letter MOTION for Leave to File Excess Pages *re − 3 page pre−motion letter* by Ian Dowd, Longwood Central School District, Scott Reese. (Stern, Steven) (Entered: |

| | | |
|---|---|---|
| | | 03/02/2022) |
| 03/03/2022 | 33 | Letter MOTION for pre motion conference by Ian Dowd, Longwood Central School District, Scott Reese. (Stern, Steven) (Entered: 03/03/2022) |
| 03/04/2022 | | ORDER granting 32 Motion for Leave to File Excess Pages. Ordered by Judge Gary R. Brown on 3/4/2022. c/ecf (Tahbaz, Joseph) (Entered: 03/04/2022) |
| 03/04/2022 | | ORDER granting 33 Motion for Pre Motion Conference. A pre−motion telephone conference is scheduled for May 9, 2022 at 2:00 PM before Judge Gary R. Brown, at which time the parties should be prepared to address Defendants' anticipated motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, DE 33. **The parties are to call (888) 363−4734 using ACCESS CODE 4132441 five minutes prior to the designated time.**<br><br>The parties are on notice that in appropriate cases, the pre−motion letter and the response, along with the parties' arguments made at the pre−motion conference, may be construed at the discretion of the Court as the motion itself. Arguments not raised in the pre−motion letters or during the pre−motion conference shall be deemed waived. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011).<br><br>At the conference, the Court will issue a briefing schedule if necessary. Plaintiffs are directed to respond to DE 33 in accordance with the undersigned's individual rules by March 19, 2022. Before requesting an adjournment, the parties shall meet and confer and submit a joint letter with several proposed dates. The parties and other attendees to the conference are also reminded that the recording of any proceeding of the Court, including this conference, is prohibited under Local Rule 1.8.<br><br>Ordered by Judge Gary R. Brown on 3/4/2022. c/ecf (Tahbaz, Joseph) (Entered: 03/04/2022) |
| 03/04/2022 | 34 | Second MOTION for pre motion conference by Edward Heinrichs. (Soller, Cristina) (Entered: 03/04/2022) |
| 03/08/2022 | | ORDER granting 34 Motion for Pre Motion Conference. Defendant Heinrichs' pre−motion telephonic conference will be held concurrently along with the other defendants at the telephonic conference currently scheduled for May 9, 2022 at 2:00 PM. See Electronic Order dated 03/04/2022. Plaintiffs are directed to respond to DE 34 in accordance with the undersigned's individual rules by March 23, 2022. Ordered by Judge Gary R. Brown on 3/8/2022. c/ecf (Tahbaz, Joseph) (Entered: 03/08/2022) |
| 03/18/2022 | 35 | Letter MOTION for Extension of Time to File Response/Reply as to Order on Motion for Pre Motion Conference,,,,, *regarding DE 33 and DE 34* by Jahkeem Moye. (Ray, John) (Entered: 03/18/2022) |
| 03/23/2022 | 36 | Letter MOTION for Extension of Time to File Response/Reply as to Order on Motion for Pre Motion Conference,,,,, *regarding DE 33 and DE 34 Responses* by Jahkeem Moye. (Ray, John) (Entered: 03/23/2022) |
| 03/23/2022 | 37 | Letter *in response to Plaintiff's counsel request for an extension of time to respond to our pre−motion letter* by Ian Dowd, Longwood Central School District, Scott Reese (Stern, Steven) (Entered: 03/23/2022) |
| 03/24/2022 | | ORDER granting 36 Motion for Extension of Time to File Response/Reply. Plaintiffs' counsel is directed to file responses to DE 33 and DE 34 by March 30, 2022. Ordered by Judge Gary R. Brown on 3/24/2022. c/ecf (Tahbaz, Joseph) (Entered: 03/24/2022) |
| 03/24/2022 | | ORDER finding as moot 35 Motion for Extension of Time to File Response/Reply. Ordered by Judge Gary R. Brown on 3/24/2022. c/ecf (Tahbaz, Joseph) (Entered: 03/24/2022) |
| 03/30/2022 | 38 | Letter Response to 33 and 34 Letter MOTIONS for Pre−Motion by Jahkeem Moye. (Ray, John) Modified docket entry text on 3/30/2022 (Florio, Lisa). (Entered: 03/30/2022) |
| 03/30/2022 | | Motions terminated: 38 Letter MOTION to Produce. The filing is a letter response to docket entries 33 and 34 . All corrections will be made by the clerk's office. (Florio, Lisa) (Entered: 03/30/2022) |

| 04/27/2022 | | ORDER. Due to a conflict in the Court's calendar, the pre–motion conference currently scheduled for May 9, 2022 is hereby ADJOURNED to June 3, 2022 at 2:00 PM. Ordered by Judge Gary R. Brown on 4/27/2022. c/ecf (Tahbaz, Joseph) (Entered: 04/27/2022) |
|---|---|---|
| 06/02/2022 | | ORDER: Following review of the parties' submissions filed in advance of the premotion conference, the Court rules as follows: <br><br>(1) Plaintiffs' First, Second and Fourth Causes of Action have already been dismissed as against the School District, and the amended complaint does not materially affect these causes of action. As such, the School District's motion to dismiss these causes of action is hereby GRANTED for the reasons previously set forth. <br><br>(2) Based on plaintiffs' failure to serve defendants Lonergan and Dowd, despite unambiguous notice of the defects in service and ample time to cure such defects, see DEs 16, 30, and whereas it appears that plaintiffs will suffer no prejudice from their dismissal from the action given their attenuated role in the matters alleged, the Court exercises its discretion, pursuant to Fed. R. Civ. P 4(m), to deny the application to extend the period to serve and dismiss all counts as to those individuals. <br><br>(3) As to plaintiffs Third Cause of Action, plaintiffs have failed to allege a custom, policy or practice under the requisites of *Monell*, and therefore this cause of action must be dismissed as to the School District. As plaintiffs now concede that this claim may only be alleged as to the individual defendants in their official capacity, see DE 38, the viability of said claim will be subject to argument at tomorrows conference. <br><br>Ordered by Judge Gary R. Brown on 6/2/2022. c/ecf (Cowan, Timothy) (Entered: 06/02/2022) |
| 06/03/2022 | 39 | Minute Entry for proceedings held before Judge Gary R. Brown: Pre Motion Conference held on 6/3/2022: Counsel for all sides present. Motion argued. Court deems the motion made. Other: Rulings placed on the record. Motion granted in part and denied in part. Defendants Superintendent Michael R. Lonergan and Ian Dowd are terminated. Defendants Lonergan, Dowd and Schuster are removed from caption. (FTR Log #2:00–2:55.) (Cubano, Jazmin) (Entered: 06/06/2022) |
| 06/16/2022 | 40 | ANSWER to 31 Amended Complaint by Longwood Central School District, Scott Reese. (Stern, Steven) (Entered: 06/16/2022) |
| 06/16/2022 | 41 | ANSWER to 31 Amended Complaint by Edward Heinrichs. (Soller, Cristina) (Entered: 06/16/2022) |
| 07/01/2022 | 42 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on June 3, 2022, before Judge Gary R. Brown. Transcriber ARIA SERVICES, INC., Telephone number 845–260–1377. Email address: Aria@leinen.net. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/22/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/29/2022. (Santana, Kristiny) (Entered: 07/01/2022) |
| 07/06/2022 | 43 | INITIAL CONFERENCE ORDER: A Tele–Initial Conference is set for 8/23/2022 at 1:30 PM before Magistrate Judge Steven I. Locke. The parties should dial 1–877–336–1829 and enter access code 3002871# at the prompt. Ordered by Magistrate Judge Steven I. Locke on 7/6/2022. (Attachments: # 1 SIL Individual Rules, # 2 Scheduling Order Worksheet) (Gandiosi, Kristin) (Entered: 07/06/2022) |
| 08/19/2022 | 44 | Proposed Scheduling Order by Longwood Central School District, Scott Reese (Weisbord, Chelsea) (Entered: 08/19/2022) |
| 08/22/2022 | 45 | NOTICE of Appearance by Rebecca June Rosedale on behalf of Edward Heinrichs (aty to be noticed) (Rosedale, Rebecca) (Entered: 08/22/2022) |
| 08/23/2022 | 46 | Minute Entry for proceedings held before Magistrate Judge Steven I. Locke: Scheduling conference held. The parties' proposed scheduling order, DE 44, is So Ordered. Next phone status conference: December 5, 2022 at 10:30am. The parties should dial 1–877–336–1829 and enter access code 3002871# at the prompt. Final |

| | | |
|---|---|---|
| | | pretrial in−person conference: August 10, 2023 at 10:30am. (Pincsak, Lydia) (Entered: 08/23/2022) |
| 09/22/2022 | 47 | Letter MOTION for Extension of Time to File *Exchange Rule 26 (a)(1) disclosures and service of the first Interrogatories and document demands* by B.B., Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye. (Ray, John) (Entered: 09/22/2022) |
| 09/29/2022 | | Electronic ORDER granting DE 47 Motion for Extension of Time to File. Without opposition, the deadline for Plaintiff to exchange Rule 26(a)(1)disclosures and service of the first interrogatories and document demands is extended to and including 10/24/2022. Ordered by Magistrate Judge Steven I. Locke on 9/29/2022. (Pincsak, Lydia) (Entered: 09/29/2022) |
| 11/14/2022 | 48 | First MOTION for Extension of Time to File Response/Reply *to Interrogatories and Document Demands* by B.B., Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye. (Ray, John) (Entered: 11/14/2022) |
| 11/15/2022 | | Electronic ORDER granting DE 48 Motion for Extension of Time to File Response/Reply. On consent, the parties' deadline to exchanges responses to Interrogatories and Document Demands is extended to and including 12/19/2022. Ordered by Magistrate Judge Steven I. Locke on 11/15/2022. (LP) (Entered: 11/15/2022) |
| 12/05/2022 | 49 | Minute Order for proceedings held before Magistrate Judge Steven I. Locke: Status Conference held on 12/5/2022. Discovery is ongoing. The Final IN PERSON Pretrial Conference is set for 8/10/2023 at 10:30 AM before Magistrate Judge Steven I. Locke. So Ordered by Magistrate Judge Steven I. Locke on 12/5/2022. (KG) (Entered: 12/05/2022) |
| 02/01/2023 | 50 | STIPULATION *re Proposed Confidentiality Order* by Longwood Central School District, Scott Reese (Weisbord, Chelsea) (Entered: 02/01/2023) |
| 02/02/2023 | 51 | STIPULATION AND ORDER re DE 50 . The parties' stipulated confidentiality order is so ordered. See attached. Ordered by Magistrate Judge Steven I. Locke on 2/2/2023. (LP) (Entered: 02/02/2023) |
| 02/24/2023 | 52 | First MOTION for Extension of Time to Complete Discovery by Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye. (Ray, John) (Entered: 02/24/2023) |
| 02/27/2023 | | Electronic ORDER granting DE 52 Motion for Extension of Time to Complete Discovery. On consent, the deadline to complete depositions is extended to and including 7/31/2023. The final pretrial conference set for 8/10/2023 is adjourned to 10/3/2023 at 10:30 a.m. in Courtroom 820 of the Central Islip Courthouse. Ordered by Magistrate Judge Steven I. Locke on 2/27/2023. (LP) (Entered: 02/27/2023) |
| 05/26/2023 | 53 | Letter *Regarding Expert Witness Exchange* by B.B. (Attachments: # 1 Rule 26(a) Disclosure, # 2 Rule 26(a) Disclosure, # 3 Rule 26(a) Disclosure, # 4 Rule 26(a) Disclosure, # 5 Rule 26(a) Disclosure) (Ray, John) (Entered: 05/26/2023) |
| 07/26/2023 | 54 | Joint MOTION for Extension of Time to Complete Discovery by Longwood Central School District, Scott Reese. (Weisbord, Chelsea) (Entered: 07/26/2023) |
| 07/31/2023 | | Electronic ORDER granting DE 54 Motion for Extension of Time to Complete Discovery. On consent, the discovery deadlines in this case are extended as follows: (i) completion of depositions is to and including 9/29/2023; (ii) identification of case−in−chief experts and service of Rule 26 disclosures is to and including 10/27/2023; (iii) identification of rebuttal experts and service of Rule 26 disclosures is to and including 11/27/2023; and (iv) commencement ofsummary judgment practice is to and including 12/27/2023. Finally, the final pre−trial conference set for 10/3/2023 is converted to a status conference and adjourned to 12/5/2023 at 10:30 a.m. in Courtroom 820 of the Central Islip Courthouse. Ordered by Magistrate Judge Steven I. Locke on 7/31/2023. (LP) (Entered: 07/31/2023) |
| 08/17/2023 | 55 | NOTICE of Appearance by Lauren Casparie on behalf of Edward Heinrichs (aty to be noticed) (Casparie, Lauren) (Entered: 08/17/2023) |
| 12/05/2023 | 56 | Minute Order for proceedings held before Magistrate Judge Steven I. Locke:Status Conference held on 12/5/2023. Discovery is complete. So Ordered by Magistrate |

| | | |
|---|---|---|
| | | Judge Steven I. Locke on 12/5/2023. (KG) (Entered: 12/05/2023) |
| 12/05/2023 | | Order Certifying Discovery is complete. Ordered by Magistrate Judge Steven I. Locke on 12/5/2023. (KG) (Entered: 12/05/2023) |
| 12/20/2023 | 57 | Letter MOTION for Extension of Time *requesting extension of deadline to commence Summary Judgment practice* by Longwood Central School District, Scott Reese. (Weisbord, Chelsea) Modified on 12/21/2023 to correct motion type(JC). (Entered: 12/20/2023) |
| 12/21/2023 | | ORDER granting 57 Motion for Extension of Time to File. Defendants' application is GRANTED, on consent. Summary judgment motion practice, if any, shall commence on or before January 17, 2024. Ordered by Judge Gary R. Brown on 12/21/2023. (JP) (Entered: 12/21/2023) |
| 01/16/2024 | 58 | Letter *to Court requesting 2nd extension of deadline to commence Summary Judgment practice* by Ian Dowd, Edward Heinrichs, Michael R. Lonergan, Longwood Central School District, Scott Reese, Scott Schuster (Weisbord, Chelsea) (Entered: 01/16/2024) |
| 01/17/2024 | | ORDER. In light of the joint representations made in DE 58, the request to extend the deadline to commence summary judgment practice pending the outcome of mediation is GRANTED. The parties shall file a joint status report in 90 days or earlier should the mediation be completed within such time. Ordered by Judge Gary R. Brown on 1/17/2024. (JP) (Entered: 01/17/2024) |
| 04/24/2024 | 59 | Letter Motion to Request Mediation *to EDNY Mediation Program (on behalf of all parties)* by Longwood Central School District, Scott Reese. (Weisbord, Chelsea) (Entered: 04/24/2024) |
| 04/25/2024 | | Electronic ORDER granting DE 59 Motion to Request Mediation; ORDER REFERRING CASE to Mediation. Selection of Mediator due by 5/9/2024. Mediation shall be completed by 6/26/24. The parties are ordered to submit a joint status report regarding the outcome of mediation on or before 7/3/2024. Ordered by Magistrate Judge Steven I. Locke on 4/25/2024. (AGB) (Entered: 04/25/2024) |
| 04/26/2024 | | MEDIATION INSTRUCTIONS for Counsel are available at: https://www.nyed.uscourts.gov/adr−forms under ADR Forms/Mediation Forms/For Counsel and Parties.<br><br>Counsel are to select a mediator, schedule the first mediation session, and file the name of the mediator, date, time and place (in−person or remote) of the first mediation session using the Selection of the Mediator Form on the ADR Forms website under Mediator Forms/For Counsel and Parties: https://www.nyed.uscourts.gov/adr−forms or via CM/ECF using the event Selection of Mediator. For a list of the EDNY Mediators and their qualifications, see the Court's website at https://www.nyed.uscourts.gov/adr/Mediation/displayAll.cfm. EDNY Mediators are compensated in accordance with EDNY Local Civil Rule 83.8(f)(1)[formerly EDNY Local Civil Rule 83.11(f)(1)].<br><br>The Confidentiality Stipulation is available at: https://www.nyed.uscourts.gov/adr−forms under ADR Forms/Mediation Forms/For Counsel and Parties. The Confidentiality Stipulation (in−person or remote) must be signed at or before the initial mediation session by all participants and the Mediator and returned via e−mail to nyed_adr@nyed.uscourts.gov.<br><br>Upon completion of the mediation, both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr−forms under ADR Forms/Mediation Forms/For Counsel and Parties. The Mediation Report must be submitted within two weeks following mediation session. (JR) (Entered: 04/26/2024) |
| 05/09/2024 | | SELECTION OF MEDIATOR Joseph Ortego selected as Mediator. Date Time and Location in−person/remote:5/28/24 (in−person). Fourteen days on or before the session date, counsel shall file with the Mediator their client's mediation statement summarizing the facts, legal issues, particulars of any prior settlement discussions, and the name and title of the client or client representative with full settlement authority who will attend the mediation. For more details on the submission, please consult |

| | | |
|---|---|---|
| | | Local Civil Rule 83.8(b)(4). Attendance is required of the trial attorney, insurance adjuster, and client or client representative with full settlement authority. The Confidentiality Stipulation (in−person or remote) must be signed at or before the initial mediation session by all participants and the Mediator and returned via e−mail to nyed_adr@nyed.uscourts.gov. The Mediators contact information can be found on the docket sheet. Within fourteen days of the conclusion of the mediation, both parties must submit a Mediation Report. (DS) (Entered: 05/09/2024) |
| 06/19/2024 | 60 | Letter *re Status* by Edward Heinrichs (Soller, Cristina) (Entered: 06/19/2024) |
| 06/20/2024 | | ORDER re 60 . Defendants' requests are granted, on consent. Defendants shall file their pre−motion letters (with a three−page limit) by July 12, 2024. Ordered by Judge Gary R. Brown on 6/20/2024. (JP) (Entered: 06/20/2024) |
| 07/12/2024 | 61 | MOTION for pre motion conference by Edward Heinrichs. (Attachments: # 1 Rule 56.1 Statement) (Soller, Cristina) (Entered: 07/12/2024) |
| 07/13/2024 | 62 | MOTION for Leave to Electronically File Document under Seal − *pre−motion letter in anticipation of moving for summary judgment and accompanying Rule 56.1 Statement of Undisputed Material FactsStatement* by Longwood Central School District, Scott Reese. (Attachments: # 1 Memorandum in Support, # 2 Rule 56.1 Statement) (Weisbord, Chelsea) (Entered: 07/13/2024) |
| 07/18/2024 | | ORDER granting 61 Motion for Pre Motion Conference.<br><br>An IN−PERSON pre motion conference is scheduled for August 12, 2024, at 2:00PM before Judge Gary R. Brown, Courtroom 940, 100 Federal Plaza, Central Islip, NY, at which time the parties should be prepared to address defendant's anticipated summary judgment motion pursuant to Rule 56 of the Federal Rules of Civil Procedure, DE 61. Counsel shall appear at such time with their clients.<br><br>Counsel should note that, in appropriate cases, the pre−motion letter and Rule 56.1 Statement as well as the response and Rule 56.1 Counter−statement, along with counsels' arguments at the pre−motion conference, may be construed, at the discretion of the Court, as the motion itself. Arguments not raised in the pre−motion letters or during the pre−motion conference shall be deemed waived. See In re Best Payphones, Inc., 450 F. App'x 8, 15 (2d Cir. 2011).<br><br>Plaintiffs shall respond to DE 61 in accordance with the undersigned's individual rules, particularly those regarding pre−motion letters contemplating summary judgment, see Rule II(h), by August 1, 2024.<br><br>At the conference, the Court will issue a briefing schedule if necessary. Before requesting an adjournment, the parties shall meet and confer and submit a joint letter with several proposed dates.<br><br>The parties and other attendees to the conference are also reminded that the recording of any proceeding of the Court, including this conference, is prohibited under Local Rule 1.8.<br><br>Ordered by Judge Gary R. Brown on 7/18/2024. (JP) Modified on 7/18/2024− to correct a typographical error (GO). (Entered: 07/18/2024) |
| 07/18/2024 | | ORDER granting 62 Motion for Leave to Electronically File Document under Seal.<br><br>Defendants Longwood Central School District and Scott Reese move to seal their letter motion for summary judgment and accompanying Rule 56.1 Statement pursuant to the Confidentiality Stipulation and Order effective in this case. Such request is GRANTED.<br><br>Defendants' motion for a pre−motion conference is also GRANTED and the parties shall be prepared to address defendEnts' anticipated motion for summary judgment at the August 12, 2024, in−person conference previously scheduled. Counsel shall appear at such time with their clients. Plaintiffs shall respond to DEs 62−1 & 62−2 by August 1, 2024, pursuant to this Court's Individual Rules. |

| | | |
|---|---|---|
| | | Counsel is reminded that, in appropriate cases, the pre−motion letter and Rule 56.1 Statement as well as the response and Rule 56.1 Counter−statement, along with counsels' arguments at the pre−motion conference, may be construed, at the discretion of the Court, as the motion itself. Arguments not raised in the pre−motion letters or during the pre−motion conference shall be deemed waived. See In re Best Payphones, Inc., 450 F. App'x 8, 15 (2d Cir. 2011). At the conference, the Court will issue a briefing schedule if necessary. Before requesting an adjournment, the parties shall meet and confer and submit a joint letter with several proposed dates.<br><br>**In light of the sealing order, defendants are DIRECTED to serve a copy of this Order along with all moving papers on the plaintiffs and FILE proof of service of same FORTHWITH.**<br><br>Ordered by Judge Gary R. Brown on 7/18/2024. (JP) (Entered: 07/18/2024) |
| 07/18/2024 | | ORDER re Pre−Motion Conference. Defendants are directed to file any and all exhibits, affidavits, declarations, or other evidence upon which they rely in their pre−motion conference letters and accompanying Rule 56.1 Statements **forthwith**. Ordered by Judge Gary R. Brown on 7/18/2024. (JP) (Entered: 07/18/2024) |
| 07/19/2024 | 63 | AFFIDAVIT of Service for Order granting Motion to Leave to Electronically File Document under Seal with Defendants' Rule 56.1 and Pre−motion letter served on Plaintiff on 7/19/2024, filed by Longwood Central School District, Scott Reese. (Weisbord, Chelsea) (Entered: 07/19/2024) |
| 07/29/2024 | 64 | First MOTION for Extension of Time to File *Pre−Motion Letter and 56.1 Statement* by B.B., Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye. (Ray, John) (Entered: 07/29/2024) |
| 07/29/2024 | | ORDER granting 64 Motion for Extension of Time to File. Application granted, on consent. Plaintiffs shall have a 30−day extension to file their pre−motion letter and accompanying 56.1 statement. Thus, the in−person pre−motion conference scheduled for August 12, 2024, is hereby ADJOURNED to **October 9, 2024, at 2:00PM**. Ordered by Judge Gary R. Brown on 7/29/2024. (JP) (Entered: 07/29/2024) |
| 08/05/2024 | 65 | Letter MOTION for Extension of Time to File Response/Reply *Defendants' 56.1 Statements* by B.B., Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye. (Ray, John) (Entered: 08/05/2024) |
| 08/12/2024 | 66 | RESPONSE to Motion re 65 Letter MOTION for Extension of Time to File Response/Reply *Defendants' 56.1 Statements* filed by Edward Heinrichs. (Soller, Cristina) (Entered: 08/12/2024) |
| 08/12/2024 | 67 | REPLY in Opposition re 66 Response to Motion filed by All Plaintiffs. (Ray, John) (Entered: 08/12/2024) |
| 08/13/2024 | | ORDER denying 65 Motion for Extension of Time to File Response/Reply. Per this Court's Individual Rule II(h), "[t]he non−moving party's failure to comply [with this rule] may constitute grounds for striking the Local Civil Rule 56.1 Response, deeming matters admitted and/or granting the summary judgment motion." Ordered by Judge Gary R. Brown on 8/13/2024. (JP) (Entered: 08/13/2024) |
| 08/15/2024 | 68 | Letter *re: Court's Order* by B.B., Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye (Ray, John) (Entered: 08/15/2024) |
| 08/15/2024 | | ORDER re 68 . As the Court read plaintiffs' submission before ruling on it, reconsideration is denied. Ordered by Judge Gary R. Brown on 8/15/2024. (JP) (Entered: 08/15/2024) |
| 08/28/2024 | 69 | Letter *re status* by B.B., Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye (Ray, John) (Entered: 08/28/2024) |
| 08/28/2024 | | ORDER re 69 . In light of the three−page limit provided to defendants, plaintiff shall also be permitted to utilize up to three pages for each opposition letter, totaling six pages. Ordered by Judge Gary R. Brown on 8/28/2024. (JP) (Entered: 08/28/2024) |
| 08/30/2024 | 70 | REPLY in Opposition *to Defendants' Local Rule 56.1 Statements and Pre−Motion Letters*, RULE 56.1 STATEMENT filed by All Plaintiffs. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Memorandum in Opposition Plaintiffs' Opposition to Defendant Heinrichs' Local Rule 56.1 Statement of Undisputed Material Facts, # 2 Memorandum in Opposition Plaintiffs' Opposition to Defendants Longwood, Schuster, and Reese's Local Rule 56.1 Statement of Undisputed Material Facts, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3, # 6 Exhibit Exhibit 4, # 7 Exhibit Exhibit 5, # 8 Exhibit Exhibit 6, # 9 Exhibit Exhibit 7, # 10 Exhibit Exhibit 8, # 11 Exhibit Exhibit 9, # 12 Exhibit Exhibit 10 (1), # 13 Exhibit Exhibit 10 (2), # 14 Rule 56.1 Statement Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts) (Ray, John) (Entered: 08/30/2024) |
| 09/03/2024 | | ORDER re Pre–Motion Conference.<br><br>On July 18, 2024, this Court entered an Electronic Order directing the defendants "to file any and all exhibits, affidavits, declarations, or evidence upon which they rely in their pre–motion conference letters and accompanying Rule 56.1 Statements **forthwith**." To date, however, no such filings have been made. Accordingly, defendants are DIRECTED to comply with this Court's July 18 Order and file all appropriate evidence and documentation no later than September 6, 2024.<br><br>Defendants are cautioned that continued failure to comply may result in denial of their motions.<br><br>Ordered by Judge Gary R. Brown on 9/3/2024. (JP) (Entered: 09/03/2024) |
| 09/04/2024 | 71 | Declaration *in support of 61 pre–motion conference letter* by Edward Heinrichs. (Attachments: # 1 Exhibit A Plaintiff's Amended Complaint, # 2 Exhibit B Heinrichs Dep, # 3 Exhibit C Monkey See Monkey Do Slides 2019, # 4 Exhibit D Monkey Do Slides Previous Years, # 5 Exhibit E Walcott Dep, # 6 Exhibit F Reese Dep, # 7 Exhibit G Schuster Dep, # 8 Exhibit H Iannotti Dep, # 9 Exhibit I Dent Dep, # 10 Exhibit J Murray Dep, # 11 Exhibit K Moye Dep, # 12 Exhibit L Beabrun Dep, # 13 Exhibit M Other Slides 2019, # 14 Exhibit N Field Trip Memo) (Soller, Cristina) Modified on 9/5/2024 (JC). (Entered: 09/04/2024) |
| 09/04/2024 | 72 | Declaration *in support of 62 pre motion conference letter* by Longwood Central School District, Scott Reese. (Attachments: # 1 Exhibit A – Amended Complaint, # 2 Exhibit B – 50–h Transcript of KB, # 3 Exhibit C – Depo. Transcript of KB, # 4 Exhibit D – 50–h Transcript of Gy'Kye Murray, # 5 Exhibit E – Depo. Transcript of Gy'Kye Murray, # 6 Exhibit F – 50–h Transcript of Desmond Dent Jr., # 7 Exhibit G – Depo. Transcript of Desmond Dent Jr., # 8 Exhibit H – 50–h Transcript of Jahkeem Moye, # 9 Exhibit I – Depo. Transcript of Jahkeem Moye, # 10 Exhibit J – Depo. Transcript Scott Reese, # 11 Exhibit K – Depo. Transcript of Jamal Walcott, # 12 Exhibit L – Depo. Transcript of Scott Schuster, # 13 Exhibit M – Depo. Transcript of Edward Heinrichs, # 14 Exhibit N – 50–h Transcript of Butch Murray, # 15 Exhibit O – 50–h Transcript of Desmond Dent Sr., # 16 Exhibit P – Copy of two "monkey see, monkey do" slides, # 17 Exhibit Q – Compilation of "monkey do" slides, # 18 Exhibit S – Copy of Plaintiff's Notice of Claim) (Weisbord, Chelsea) Modified on 9/5/2024 (JC). (Entered: 09/04/2024) |
| 09/04/2024 | 73 | MOTION for Leave to Electronically File Document under Seal by Longwood Central School District, Scott Reese. (Attachments: # 1 Declaration, # 2 Exhibit R, # 3 Exhibit T, # 4 Exhibit U) (Weisbord, Chelsea) (Entered: 09/04/2024) |
| 09/04/2024 | | Motions terminated, docketed incorrectly: 72 MOTION for Summary Judgment filed by Scott Reese, Longwood Central School District, 71 MOTION for Summary Judgment filed by Edward Heinrichs. (The motions have been terminated pursuant to GRB Chambers. Documents [71, 72 should have been filed as Declarations in Support of 61 and 62 pre motion conference letter and the court will address the documents as such. All corrections have been made). (JC) (Entered: 09/05/2024) |
| 09/06/2024 | | ORDER granting 73 Motion for Leave to Electronically File Document under Seal. Defendants' application is GRANTED pursuant to the Confidentiality Stipulation and Order dated February 2, 2023. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Gary R. Brown on 9/6/2024. (JP) (Entered: 09/06/2024) |

| | | |
|---|---|---|
| 10/02/2024 | | SCHEDULING ORDER: Due to a change in the Court's calendar, the pre−motion conference scheduled for October 9, 2024, is ADJOURNED to November 13, 2024, at 10:30 A.M. All previously stated requirements for the conference, including the in−person attendance of clients, remain in effect. Ordered by Judge Gary R. Brown on 10/2/2024. (KN) (Entered: 10/02/2024) |
| 10/28/2024 | | REPORT of Mediation: Unsettled in mediation. (JR) (Entered: 10/28/2024) |
| 11/13/2024 | 74 | Minute Entry for proceedings held before Judge Gary R. Brown: Pre Motion Conference held on 11/13/2024. APPEARANCES: Plaintiff: John Ray; Defendant: Cristina Soller and Chelsea Weisbord; Counsel for all sides present. Pre−motion conference held. Motion argued. Other: For the reasons set forth on the record, parties will brief the issue on qualified immunity for defendant Reese brief due within 3 weeks, 30 days for a response, 1 week for a reply and file all papers. Parties will brief the summary judgment motions briefs due within 60 days, 60days for a response brief, 1 week serve a reply and file all papers. See attached. (FTR Log #11:12−11:54.) (JC) (Entered: 11/14/2024) |
| 01/02/2025 | 75 | First MOTION for Extension of Time to File Response/Reply *Plaintiffs' Opposition to Defendant Reese's Motion for Summary Judgment* by B.B., Khevin Beaubrun, Desmond Dent, Jr. (Ray, John) (Entered: 01/02/2025) |
| 01/03/2025 | | ORDER granting 75 Motion for Extension of Time to File Response/Reply. The amended briefing schedule is hereby adopted, on consent. Ordered by Judge Gary R. Brown on 1/3/2025. (KN) (Entered: 01/03/2025) |
| 01/22/2025 | 76 | First MOTION for Leave to File Excess Pages *Plaintiffs' Opposition to Defendant Reese's Motion for Summary Judgment* by B.B., Khevin Beaubrun, Desmond Dent, Jr. (Ray, John) (Entered: 01/22/2025) |
| 01/23/2025 | | ORDER denying 76 Motion for Leave to File Excess Pages<br><br>Plaintiffs' request for leave to file a brief between 35−40 pages is denied. However, Plaintiffs are granted an extension of five days from the date of this Order to revise their Opposition Memorandum to comport with the Court's page limits.<br><br>Ordered by Judge Gary R. Brown on 1/23/2025. (LJ) (Entered: 01/23/2025) |
| 01/29/2025 | 77 | Letter *to Court seeking clarification on two issues relating to Reese's Motion for Summary Judgment* by Longwood Central School District, Scott Reese (Weisbord, Chelsea) (Entered: 01/29/2025) |
| 01/30/2025 | | ORDER Ordered by Judge Gary R. Brown on 1/30/2025.<br><br>In response to defense counsel's letter dated January 29, 2025, counsel may reply and file all papers by February 4, 2025 pursuant to the Court's bundling rule.<br><br>Furthermore, defense counsel is afforded up to five additional pages in the reply brief. (ML) (Entered: 01/30/2025) |
| 02/04/2025 | 78 | Fully Briefed MOTION for Summary Judgment *on Plaintiffs' Section 1983 Fourteenth Amendment Equal Protection Claim* by Longwood Central School District, Scott Reese. (Attachments: # 1 Memorandum in Support Defendant Scott Reese's Motion for Summary Judgment on Plaintiffs' Section 1983 Fourteenth Amendment Equal Protection Claim, # 2 Declaration of John Ray, # 3 Declaration of Jahkeem Moye, # 4 Declaration of Latisha Moye, # 5 Declaration of GyKye Murray, # 6 Memorandum in Opposition to Defendant Scott Reese's Motion for Summary Judgment on Plaintiffs' Section 1983 Fourteenth Amendment Equal Protection Claim, # 7 Exhibit A − Warthog Slide, # 8 Exhibit B − Water Buffalo Slide, # 9 Exhibit C − Monitor Lizard Slide, # 10 Exhibit D − Father H Slide, # 11 Exhibit E − Gorilla Slide, # 12 Exhibit F − 50h Transcript of Johanne Beaubrun, # 13 Exhibit G − Deposition transcript of Gina Iannotti, # 14 Memorandum in Support further support of Defendant Scott Reese's Motion for Summary Judgment on Plaintiffs' Section 1983 Fourteenth Amendment Equal Protection Claim, # 15 Declaration of Chelsea Weisbord, # 16 Exhibit V − excerpt from the General Municipal Law 50−h examination of Lathisha Moye,) (Weisbord, Chelsea) (Entered: 02/04/2025) |

| | | |
|---|---|---|
| 02/05/2025 | 79 | Letter MOTION for Leave to File Document *Sur−Reply to Defendant Reese's Motion for Summary Judgment* by B.B., Khevin Beaubrun, Desmond Dent, Jr. (Ray, John) (Entered: 02/05/2025) |
| 02/07/2025 | | ORDER granting 79 Motion for Leave to File. Plaintiff's counsel may file a sur−reply by Wednesday, February 12, 2025 **NOT TO EXCEED TWO (2) PAGES.** Counsel should be aware that to the extent any assertions made by Defendant Reese in the Reply Memorandum differ from evidence in the record, the Court can easily access the record evidence. Ordered by Judge Gary R. Brown on 2/7/2025. (ML) (Entered: 02/07/2025) |
| 02/12/2025 | | ORDER re 78 Fully Briefed MOTION for Summary Judgment *on Plaintiffs' Section 1983 Fourteenth Amendment Equal Protection Claim* filed by Scott Reese, Longwood Central School District. The movants are directed forthwith to mail to the Court one hard copy of all motion papers marked as "Courtesy Copy" as per the undersigned's individual rules. See Rule 11.c. The parties are reminded that courtesy copies must bear the ECF legend at the top of each page, indicating the case number, docket entry, file date and page number. All courtesy copies of exhibits and appendices must be submitted in clearly labeled three−ring binders and clearly labeled and tabbed. Ordered by Judge Gary R. Brown on 2/12/2025. (LJ) (Entered: 02/12/2025) |
| 02/12/2025 | 80 | REPLY in Opposition *Sur−Reply to Defendant Reese's Motion for Summary Judgment* filed by All Plaintiffs. (Ray, John) (Entered: 02/12/2025) |
| 02/13/2025 | 81 | Letter MOTION to Strike 80 Reply in Opposition *Plaintiffs' sur−reply dated February 12, 2025* by Longwood Central School District, Scott Reese. (Weisbord, Chelsea) (Entered: 02/13/2025) |
| 02/13/2025 | 82 | RESPONSE in Opposition re 81 Letter MOTION to Strike 80 Reply in Opposition *Plaintiffs' sur−reply dated February 12, 2025* filed by All Plaintiffs. (Ray, John) (Entered: 02/13/2025) |
| 03/03/2025 | 83 | Letter MOTION for Extension of Time to File Response/Reply *Summary Judgment Motion Briefing Schedule* by B.B., Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye. (Ray, John) (Entered: 03/03/2025) |
| 03/04/2025 | | ORDER granting 83 Motion for Extension of Time to File Response/Reply. The amended briefing schedule is hereby adopted, on consent. Ordered by Judge Gary R. Brown on 3/4/2025. (ML) (Entered: 03/04/2025) |
| 04/24/2025 | 84 | Second MOTION for Extension of Time to File Response/Reply as to Order on Motion for Extension of Time to File Response/Reply *Defendant Reese's and Defendant District's Summary Judgment* by B.B.. (Ray, John) (Entered: 04/24/2025) |
| 04/25/2025 | | ORDER granting 84 Motion for Extension of Time to File Response/Reply. The amended summary judgment briefing schedule with regard to Defendants Reese and the District is adopted, on consent. Ordered by Judge Gary R. Brown on 4/25/2025. (ML) (Entered: 04/25/2025) |
| 05/28/2025 | 85 | MOTION for Extension of Time to File Response/Reply by Edward Heinrichs. (Soller, Cristina) (Entered: 05/28/2025) |
| 05/29/2025 | | ORDER granting 85 Motion for Extension of Time to File Response/Reply. The amended briefing schedule is adopted, on consent. Ordered by Judge Gary R. Brown on 5/29/2025. (ML) (Entered: 05/29/2025) |
| 06/05/2025 | 86 | MOTION for Summary Judgment by Edward Heinrichs. (Attachments: # 1 Rule 56.1 Statement, # 2 Declaration, # 3 Memorandum in Support, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Affidavit in Opposition, # 19 Memorandum in Opposition, # 20 Exhibit 1, # 21 Exhibit 2, # 22 Exhibit 3, # 23 Exhibit 4, # 24 Exhibit 5, # 25 Exhibit 6, # 26 Exhibit 7, # 27 Memorandum in Support Reply) (Soller, Cristina) (Entered: |

| | | |
|---|---|---|
| | | 06/05/2025) |
| 06/27/2025 | 87 | Fully Briefed MOTION for Summary Judgment by Longwood Central School District, Scott Reese. (Attachments: # 1 Rule 56.1 Statement, # 2 Declaration of Chelsea Weisbord, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R (Under Seal), # 21 Exhibit S, # 22 Exhibit T (Under Seal), # 23 Exhibit U (Under Seal), # 24 Memorandum in Support of Defts' Motion for Summary Judgment, # 25 Memorandum in Opposition (Plaintiffs' Opposition to Defts' Motion for Summary Judgment), # 26 Memorandum in Support (Reply Memorandum in further Support of Defts' Motion for Summary Judgment)) (Weisbord, Chelsea) (Entered: 06/27/2025) |
| 09/04/2025 | 88 | ORDER granting 78 Motion for Summary Judgment; granting 86 Motion for Summary Judgment; granting 87 Motion for Summary Judgment. For the reasons set forth herein, the Court grants defendants' motion for summaryjudgment in its entirety. So Ordered by Judge Gary R. Brown on 9/4/2025. (NF) (Entered: 09/04/2025) |
| 09/04/2025 | | ORDER finding as moot 81 Motion to Strike. Ordered by Judge Gary R. Brown on 9/4/2025. (ML) (Entered: 09/04/2025) |
| 09/05/2025 | 89 | CLERK'S JUDGMENT: ORDERED AND ADJUDGED that plaintiffs Jahkeem Moye, B.B. a minor by his grandfather Butch Murray,, Kevin Beaubrun and Desmond Trent, Jr., take nothing of defendants Longwood Central School District, Scott Reese, and Edward Heinrichs; that defendants' motion for summary judgment is granted in its entirety; and that this case is closed. Ordered by Clerk of Court on 9/5/2025. (JT) (Entered: 09/05/2025) |
| 09/23/2025 | 90 | NOTICE OF APPEAL as to 89 Clerk's Judgment, 88 Order on Motion for Summary Judgment,,,,, by B.B., Khevin Beaubrun, Desmond Dent, Jr, Jahkeem Moye. Appeal Record due by 9/23/2025. (Attachments: # 1 Affidavit Affirmation of Service by email) (Ray, John) (Entered: 09/23/2025) |
| 09/24/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 90 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (KS) (Entered: 09/24/2025) |
| 09/24/2025 | | APPEAL FILING FEE DUE re 90 Notice of Appeal, Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (KS) (Entered: 09/24/2025) |
| 09/24/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 90 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (KS) (Entered: 09/24/2025) |