# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Moye v. Longwood Central School District    Docket No.: 25-2312

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Iryna S. Krauchanka

Firm: Morris Duffy Alonso Faley & Pitcoff

Address: 101 Greenwich Street, 22nd Floor

Telephone: 212-766-1888    Fax: 212-766-3252

E-mail: ikrauchanka@mdafny.com

Appearance for: Defendant-Appellee EDWARD HEINRICHS
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Kenneth E. Pitcoff/Morris Duffy Alonso Faley & Pitcoff )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 2021    OR

[ ] I applied for admission on _____ .

Signature of Counsel: Iryna S. Krauchanka

Type or Print Name: Iryna S. Krauchanka