**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 9, 2025
Docket #: 25-2312
Short Title: Moye v. Longwood Central School District

DC Docket #: 2:21-cv-4329
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Trial Judge - Gary R. Brown

### AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8561.