## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____
_____

Appearance for (party/designation):_____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(   ) Correct
(   ) Incorrect.   See attached caption page with corrections.

    **Appellate Designation** is:
(   ) Correct
(   ) Incorrect.   The following parties do not wish to participate in this appeal:
        Parties: _____
(   ) Incorrect.   Please change the following parties' designations:
        <u>Party</u>                        <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
(   ) Correct
(   ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

(   ) This case has not been before this Court previously.
(   ) This case has been before this Court previously.   The short title, docket number, and citation are:_____
_____

(   ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____
_____

## CERTIFICATION

I certify that (   ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
_____OR that (   ) I applied for admission on_____or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: *Stn C St*
Type or Print Name:_____
        OR
Signature of pro se litigant: _____
Type or Print Name:_____
(   ) I am a pro se litigant who is not an attorney.
(   ) I am an incarcerated pro se litigant.