

# JOHN RAY & ASSOCIATES
*New York Attorneys*

---

**MANHATTAN**
5 E. 22ND Street, 17TH Floor
At Broadway
New York, New York 10010
1-866-88NYLAW

*Killer Bees*

**SUFFOLK COUNTY**
122 North Country Road
Miller Place, New York 11764-1430
631-473-1000

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

10/16/25

**VIA ECF:**
Clerk of the Court
United States Court of Appeals Second Circuit
40 Foley Square
New York, NY 10007

Re: Moye v. Longwood School District
Docket No.: 25-2312

Dear Clerk of the Court,

I represent the Plaintiffs-Appellants in the above-referenced matter. On behalf of all Appellants, I respectfully request that the Court schedule the briefing calendar for this appeal. We propose that the Appellants' brief be due on **February 2, 2026**.

Thank you for your attention and consideration to this matter.

Very truly yours,

John Ray, Esq.

SO ORDERED:

_____

cc: All counsel of record (ACMS)