# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand twenty-five.

Jahkeem Moye, Khevin Beaubrun, Desmond Dent, Jr., Jr, B. B., a minor by Butch Murray, his grandfather,

    Plaintiffs - Appellants,

v.

Longwood Central School District, Edward Heinrichs, Scott Reese,

    Defendants – Appellees.

**ORDER**

Docket No. 25-2312

    Counsel for Appellants has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 2, 2026, as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

    IT IS HEREBY ORDERED that Appellants' brief and appendix must be filed on or before January 5, 2026. The appeal is dismissed effective January 5, 2026, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

